GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   7:14-CR-00048-002 (HL) |
| **JOSE ALFREDO MARTINEZ** | |

On January 13, 2016, Jose Alfredo Martinez pled guilty to Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base in violation of 21 U.S.C. § 846 in connection with 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Martinez was sentenced to 200 months imprisonment and five years of supervised release. On February 12, 2024, the Court granted a reduction in the term of imprisonment to 152 months pursuant to Amendment 821. On July 16, 2024, the supervised release period of 60 months commenced.

Jose Alfredo Martinez has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Jose Alfredo Martinez be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   _9th_   day of   _March_   , 2026.

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE